IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Fabas Consulting Int'l, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-0907-CV-W-JTM |
| | ) |
| **Jet Midwest, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the *Stipulation of Dismissal With Prejudice,* filed by the parties on October 27, 2016, it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

                                                */s/ John T. Maughmer*
                                                **John T. Maughmer**
                                          **United States Magistrate Judge**